**Opinion filed April 13, 2023**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-23-00064-CR, 11-23-00065-CR, 11-23-00066-CR, 11-23-00067-CR, 11-23-00068-CR, 11-23-00069-CR, & 11-23-00070-CR

_____

## IN RE JOE N. WOODARD

---

**Original Mandamus Proceeding**

---

### M E M O R A N D U M   O P I N I O N

Relator, Joe N. Woodard, filed a petition for writ of mandamus in each of his seven criminal cases. In each petition, Relator asserts that the Honorable Elizabeth Leonard, the district judge of the 238th District Court in Midland County, has failed to rule on his motion for a nunc pro tunc order within a reasonable time. We dismiss the petitions for want of jurisdiction.

In each petition, Relator states that he filed a motion for a nunc pro tunc order on September 16, 2022. Relator further states that, on March 15, 2023, he requested the trial court's court coordinator to set the motion on the trial court's docket. In support, Relator attaches uncertified "copies" of his motion for a nunc pro tunc order

and his request for a setting. Relator requests that we order the trial court to "make a written ruling" on his motion for a nunc pro tunc order.

We requested a response from Judge Leonard. In her response, Judge Leonard provided us with a copy of her order denying Woodard's motion. By ruling on the motion, Judge Leonard has provided Relator the relief he seeks from our court in his mandamus petitions, and his petitions are now moot. We lack jurisdiction to decide a moot controversy. *In re Guardianship of Fairley*, 650 S.W.3d 372, 379 (Tex. 2022).

Accordingly, we dismiss the petitions for want of jurisdiction.

PER CURIAM

April 13, 2023

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.